IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN PAUL DUNN                                                                                           PLAINTIFF

VS.                                          Civil No. 6:16-cv-6006

OFFICER ROY BETHEL, *et al.*                                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 24, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12). Judge Bryant recommends that Plaintiff's claims be dismissed without prejudice as to Separate Defendants Judge Robert McCallum; Judge Randy Hill; Public Defender Beckman; Public Defender Williams; Prosecutor Batson; City of Arkadelphia; City of Caddo Valley; Clark County; Deputy J.D. Crowe, Jr.; Jailer Robert Williams; and Jailer Archer.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims against the Separate Defendants listed above are **DISMISSED WITHOUT PREJUDICE**.

The following claims remain for further consideration:  Claim One for false arrest and imprisonment in both personal and official capacities against Defendants Collier, Bethel, Watson, Forga, Avant, Morrison, Cain, and Whitworth; and Claim Two for denial of medical care in both personal and official capacities against Defendants Mayhue, Wyndham, Morrison, and Foley.

**IT IS SO ORDERED**, this 13th day of September, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge