IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN PAUL DUNN                                                                         PLAINTIFF

v.                             Case No. 6:16-cv-6006

JAILER RANDY WYNDHAM, JAIL
ADMINISTRATOR JAMES MAYHUE,
JAILER FOLEY and JAILER NATE
MORRISON                                                     DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed February 5, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 70). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 65) be granted because Plaintiff has failed to demonstrate that he is entitled to relief.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 70) *in toto*. Accordingly, Defendants' Motion for Summary Judgement (ECF No. 65) should be and hereby is **GRANTED**. Plaintiff's complaint is hereby **DISMISSED WITH PREDJUDICE**.

**IT IS SO ORDERED**, this 25th day of February, 2019.

                                                                            /s/ Susan O. Hickey
                                                                            Susan O. Hickey
                                                                            Chief United States District Judge